**UNITED STATES of America,** Plaintiff—Appellee,

v.

**Lenin Paul SALAZAR–MONTOYA,** Defendant—Appellant.

**No. 07–10075.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

Cynthia R. Wood, Esq., Office of the U.S. Attorney, Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Harriette P. Levitt, Esq., Law Offices of Harriette P. Levitt, Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

MEMORANDUM **

Lenin Paul Salazar–Montoya appeals from his 24–month sentence imposed following his guilty-plea conviction for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(b)(1)(C). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

To the extent Salazar–Montoya contends the district court miscalculated his criminal history score, we conclude that the district court did not abuse its discretion. *See United States v. Cantrell,* 433 F.3d 1269, 1279–80 (9th Cir.2006). To the extent Salazar–Montoya contends the district court should have reduced his criminal history score as overrated, we cannot say the sentence was unreasonable. *See United States v. Mohamed,* 459 F.3d 979, 988–89 (9th Cir.2006).

**AFFIRMED.**